FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2022

No. 04-22-00753-CV

**IN RE JUNIPER VENTURES OF TEXAS, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Patricia O. Alvarez, Justice
            Irene Rios, Justice
            Liza A. Rodriguez, Justice

After consideration, we **GRANT** real party in interest's Unopposed First Motion for Extension of Time to File Brief of Real Party in Interest, Josefa Delgadillo. Real party in interest's response is **due on or before December 13, 2022**.

It is so **ORDERED** on December 1, 2022.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2021CI17726, styled *Josefa Jara Delgadillo vs. Juniper Ventures of Texas, LLC d/b/a Fischer's Neighborhood Market #21*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.